FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 OCT 10  AM 11: 18

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA

v.                              606CR026

JESSICA ROBERTS

## ORDER

The motions of defendant Jessica Roberts for a judgment of acquittal (doc. # 640) and for a new trial (doc. # 641) are **DENIED**.

This 10 day of October, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA